UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 05-30032-MAP |
| | VIOLATIONS: |
| | 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine (Counts One and Three) |
| v. | 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute and Distribution of Cocaine Base (Counts Two and Four) |
| (1) LUZ TORRES, (2) GABRIEL ORTIZ, and (3) LUIS RIVERA, Defendants | 18 U.S.C. § 2 - Aiding and Abetting (Counts Two and Four) |
| | 21 U.S.C. § 853 - Forfeiture Allegation |

## INDICTMENT

The Grand Jury charges that:

COUNT ONE:   Title 21, United States Code, Section 846 - Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine Base

From a time unknown to the Grand Jury, but at least by or about December 2004, and continuing thereafter, in the city of Springfield, and elsewhere in the District of Massachusetts,

(1) LUZ TORRES
and
(2) GABRIEL ORTIZ

the defendants herein, did knowingly and intentionally conspire and agree with each other and persons unknown to the Grand Jury, to possess with intent to distribute, and to distribute, a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The conspiracy to possess with the intent to distribute and distribution of cocaine base described in Count One of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to Count One.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**:   Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base; Title 18, United States Code, Section 2 - Aiding and Abetting

On or about December 21, 2004, in the city of Springfield, in the District of Massachusetts,

**(1) LUZ TORRES**
and
**(2) GABRIEL ORTIZ**

the defendants herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute and distribution of cocaine base described in Count Two of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to Count Two.

All in violation of Title 21, United States Code, Section 841(a)(1); and, Title 18, United States Code, Section 2.

**COUNT THREE:** Title 21, United States Code, Section 846 - Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine Base

From a time unknown to the Grand Jury, but at least by or about March 2005, and continuing thereafter, in the city of Springfield, and elsewhere in the District of Massachusetts,

**(1) LUZ TORRES
and
(2) LUIS RIVERA**

the defendants herein, did knowingly and intentionally conspire and agree with each other and persons unknown to the Grand Jury, to possess with intent to distribute, and to distribute, a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The conspiracy to posses with the intent to distribute and distribution of cocaine base described in Count Three of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to Count Three.

All in violation of Title 21, United States Code, Section 846.

<u>**COUNT FOUR**</u>:   Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base; Title 18, United States Code, Section 2 - Aiding and Abetting

On or about March 29, 2005, in the city of Springfield, in the District of Massachusetts,

**(1) LUZ TORRES
and
(2) LUIS RIVERA**

the defendants herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute and distribution of cocaine base described in Count Four of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to Count Four.

All in violation of Title 21, United States Code, Section 841(a)(1); and, Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

1. As a result of the offenses alleged in Counts One through Four of this Indictment,

**(1) LUZ TORRES,**
**(2) GABRIEL ORTIZ, and**
**(3) LUIS RIVERA,**

Defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendants -

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

[signature]
FOREPERSON OF THE GRAND JURY

[signature]
Paul Hart Smyth
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:   June 9       , 2005

Returned into the District Court by the Grand Jurors and filed.

[signature]
DEPUTY CLERK OF THE COURT
3:55 pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Springfield    **Related Case Information:**

**County** Hampden    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Luz Elaine Torres    Juvenile  [ ] Yes  [X] No

Alias Name  _____

Address  827 Berkshire Avenue, Indian Orchard, MA

Birth date (Year only): 1963  SSN (last 4 #): ____  Sex F  Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Paul H. Smyth    Bar Number if applicable  634600

Interpreter:  [ ] Yes  [X] No    List language and/or dialect: _____

Matter to be SEALED:  [X] Yes  [ ] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  [ ] Complaint  [ ] Information  [X] Indictment

**Total # of Counts:**  [ ] Petty  [ ] Misdemeanor  [X] Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 9, 2004    Signature of AUSA: _____

≈JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Luz Elaine Torres

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21:846 | Conspir. to possess w/intent to dist. cocaine base | 1,3, |
| Set 2  21:841(a)(1) | Possess. w/intent to dist. & distr. of cocaine base | 2,4 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: _____    Category No. __II__    Investigating Agency __FBI__

City __Springfield__    Related Case Information:

County __Hampden__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Gabriel Ortiz__    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __20 Easthampton Road, Holyoke, MA__

Birth date (Year only): __1983__  SSN (last 4 #): __2135__  Sex __F__  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Paul H. Smyth__    Bar Number if applicable __634600__

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __June 9, 2005__    Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Luz Elaine Torres

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21:846 | Conspir. to possess w/intent to dist. cocaine base | 1 |
| Set 2 | 21:841(a)(1) | Possess. w/intent to dist. &distr. of cocaine base | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Springfield  **Related Case Information:**

**County** Hampden  
Superseding Ind./ Inf. _____  Case No. _____  
Same Defendant _____  New Defendant _____  
Magistrate Judge Case Number _____  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Luis Rivera  Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  89 Commonwealth Avenue, 1st Floor, Springfield, MA

Birth date (Year only): 1963  SSN (last 4 #): 7895  Sex M  Race: Hispanic  Nationality: _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Paul H. Smyth  Bar Number if applicable  634600

Interpreter:  ☐ Yes  ☒ No  List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____  
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial  
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 9 2005  Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Luis Rivera

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21:846 | Conspir. to possess w/intent to dist. cocaine base | 3 |
| Set 2   21:841(a)(1) | Possess. w/intent to dist. &distr. of cocaine base | 4 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**