UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Cr. No.    05-30032 |
| LUZ TORRES, | ) |
| GABRIEL ORTIZ, | ) |
| and | ) |
| LUIS RIVERA, | ) |
| Defendants | ) |

## GOVERNMENT'S MOTION TO SEAL AND IMPOUND

The United States of America, by its undersigned attorneys, respectfully requests that the Court seal and impound the accompanying indictment and arrest warrants and all other documents relating to the indictment and arrest warrants.  The investigation is confidential and continuing.  Premature release of these documents and any resulting court orders could jeopardize the investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

PAUL H. SMYTH
Assistant U.S. Attorney

Date: June 9, 2005