AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST                    DISTRICT OF                    MASSACHUSETTS

**UNITED STATES**                                  **APPEARANCE**

V.

**LUZ TORRES**                          Case Number:

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case    **United States of America**

I certify that I am admitted to practice in this court.

JUNE 9, 2005
_____
Date

_____
Signature

PAUL H. SMYTH          634600
Print Name              Bar

1550 MAIN STREET, SUITE 310
Address

SPRINGFIELD,      MA    01103
City          State      Zip Code

413-785-0235      413-785-0394
Phone Number        Fax

AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |

**UNITED STATES**

V.

**LUIS RIVERA**

**APPEARANCE**

Case Number:

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case     **United States of America**

I certify that I am admitted to practice in this court.

June 9, 2005
Date

Signature

PAUL H. SMYTH                634600
**Print Name**                                **Bar**

1550 MAIN STREET, SUITE 310
**Address**

SPRINGFIELD,         MA      01103
**City**                              **State**         **Zip Code**

413-785-0235          413-785-0394
**Phone Number**                    **Fax**

AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST _____ DISTRICT OF _____ MASSACHUSETTS

**UNITED STATES**

**V.**

**GABRIEL ORTIZ**

**APPEARANCE**

Case Number:

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case    United States of America

I certify that I am admitted to practice in this court.

_____SUNE 9, 2005_____
**Date**

_____
**Signature**

**PAUL H. SMYTH**          **634600**
**Print Name**                    **Bar**

**1550 MAIN STREET, SUITE 310**
**Address**

**SPRINGFIELD,**      **MA**    **01103**
**City**              **State**      **Zip Code**

**413-785-0235**        **413-785-0394**
**Phone Number**          **Fax**