AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

LUIS RIVERA

**SEALED** WARRANT FOR ARREST

CASE NUMBER: 05-30032 MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Luis Rivera_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to possess with intent to distribute and distribution of cocaine base; aiding and abetting

in violation of
Title __21__ United States Code, Section(s) __841(a)(1); 846__

Kenneth P. Neiman
Name of Issuing Officer

_signature_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

June 9, 2005 — Springfield, Mass.
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Commonwealth Avenue, Springfield, MA_

DATE RECEIVED 6/9/15

DATE OF ARREST 6/15/05

NAME AND TITLE OF ARRESTING OFFICER
SA Dominic Barbara

SIGNATURE OF ARRESTING OFFICER
_signature_

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Luis Rivera

ALIAS:

LAST KNOWN RESIDENCE: 89 Commonwealth Avenue, First Floor, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1963

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7895

HEIGHT: 508                                                   WEIGHT: 150

SEX: Male                                                     RACE: Hispanic

HAIR: Black                                                   EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Nose -Bullet wound

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: