AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:    Luis Rivera

Enter my appearance as counsel in this case for

Date: 6/15/05

Signature: [signature]

Print Name: MARK MASTROIANNI

Address: 95 State St

City: Spfld   State: MA   Zip Code:

Phone Number: 752-0222