```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
      v.                      )    CRIMINAL NO. 05-cr-30032-MAP
                              )
                              )
LUZ TORRES,                   )
GABRIEL ORTIZ,                )
      and                     )
LUIS RIVERA,                  )
      Defendants.             )
```

### THE GOVERNMENT'S AND THE DEFENDANT'S REVISED STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Attorney Lori Levinson (for Gabriel Ortiz), Attorney Joseph Bernard (for Luz Torres) and Attorney Mark Mastroianni (for Luis Rivera), hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2. The government has made automatic discovery available to the defendants pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States. Additional discovery will be provided to counsel upon receipt of the discovery by the undersigned U.S. Attorney. The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C).

3. The parties agree that it is premature for a motion

date to be established under Fed.R.Crim.P. 12(c).

4. The parties agree that the time from the Defendants respective initial appearance, June 15, 2005, through the initial status date, August 4, 2005 is excludable from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

5. The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

6. The parties agree that it is premature to establish a final status conference at this time.

7. The undersigned Assistant U.S. Attorney faxed this report to counsel on August 1, 2005.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

               By:  /s/ Paul Hart Smyth
                      _____
                      Paul Hart Smyth
                      Assistant U.S. Attorney

                      /s/ Lori Levinson
                      _____
                      Lori H. Levinson, Esq.
                      Counsel for Gabriel Ortiz

                      /s/ Joseph Bernard
                      Joseph D. Bernard, Esq.
                      Counsel for Luz Torres

<u>/s/ Mark Mastroianni</u>
Mark Mastroianni, Esq.
Counsel for Luis Rivera