UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v.                                       ) <br> ) <br> ) <br> LUZ TORRES, et al.,                  ) <br>              Defendants            ) | Criminal No. 05-30032-MAP |

INTERIM SCHEDULING ORDER
August 9, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference on August 8, 2005:

1. An interim status conference will be held on October 7, 2005, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, October 5, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge