UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| vs. | )  NO. 05-300032-MAP |
| | ) |
| LUIS RIVERA | ) |

**REQUEST TO BE RELEASED FROM IN-PATIENT DRUG PROGRAM**

Now comes the defendant and respectfully requests this Honorable Court allow him to be released back to the terms and conditions which had been originally set in this case.

As grounds for this request defendant states on 7/26/05 he was ordered to attend an in-patient drug program as a condition of his release, due to positive screening test.

Presently the defendant has been at the program for over 70 days and is requesting to be released so that he can seek employment as a way to support his children. The defendant states he can continue with his drug rehabilitation by participating in out-patient programs and being supervised by pretrial services in the same way as when initially released.

Respectfully submitted,

DEFENDANT

BY:_____
Mark G. Mastroianni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to United States Attorney, Paul Smyth, 1550 Main Street, Room 310, Springfield, MA 01103, and Toland K. Gladden, Federal PreTrial Services, 1550 Main Street, Room 534, Springfield, MA 01103 this ___ day of October, 2005.

_____
Mark G. Mastroianni