UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-cr-30032-MAP |
| ) | |
| LUZ TORRES, ) | |
| GABRIEL ORTIZ, ) | |
| and ) | |
| LUIS RIVERA, ) | |
|     Defendants. ) | |
| ) | |

GOVERNMENT'S OPPOSITION TO THE DEFENDANT LUIS RIVERA'S REQUEST TO BE RELEASED FROM IN-PATIENT DRUG PROGRAM

The government respectfully opposes Defendant Rivera's request to be released from in-patient drug treatment. The Defendant tested positive for cocaine use twice in less than two weeks after he was released pending trial. On July 26, 2005 this Court found reason to order the Defendant to an in-patient treatment program. U.S. Pretrial Services Officer Tolland Gladden agreed that in-patient treatment was appropriate for this Defendant. On November 2, 2005, Mr. Gladden informed me that Defendant Rivera was not taking advantage of the services offered at his in-patient facility. The Government takes the position that Defendant Rivera should not be released until he has made sufficient progress with his substance abuse problem.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                      By: /s/ Paul Hart Smyth
                              _____

Paul Hart Smyth
Assistant U.S. Attorney

Dated: November 3, 2005