UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)<br>)<br>LUZ TORRES, et al.,    )<br>                Defendants  ) | Criminal Action No. 05-30032-MAP |

FINAL STATUS REPORT
December 5, 2005

NEIMAN, U.S.M.J.

The court held final status conferences this day, and in accord with Local Criminal Rule 116.5(D), reports as follows:

1. An initial pretrial conference has been scheduled for January 5, 2006, at 2:30 p.m. in Courtroom I.  The parties estimate that a trial, if necessary, will take approximately five days.

2. All discovery has been completed.

3. No defendant intends to raise a defense of insanity, alibi, or public authority.

4. The parties – and the court – agree that, as of today, no time will have run on the Speedy Trial clock.  An Order of Excludable Delay shall issue.

5. There are no other matters to report.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge