UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
 )
              v. ) Criminal Action No. 05-30032-MAP
 )
LUZ TORRES, et al., )
              Defendants )


## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders

excludable delay for the time periods and the reasons checked below.


December 6, 2005                                   /s/    Kenneth P. Neiman
Date                                               U.S. Magistrate Judge


REFER TO DOCUMENT:    [39] Joint Memorandum of the Parties


[ ]    XA    _____    Proceedings including examinations to determine mental competency or physical capacity in accord with 18 U.S.C.§3161(h)(1)(A)

[ ]    XD    _____    Interlocutory Appeal in accord with 18 U.S.C.§3161(h)(1)(E)

[ ]    XE    _____    Pretrial motions from filing date to hearing or disposition in accord with 18 U.S.C.§3161(h)(1)(F)

[ ]    XG    _____    Proceedings under advisement in accord with 18 U.S.C.§3161(h)(1)(J)

[ ]    XH    _____    Miscellaneous proceedings concerning defendant in accord with 18 U.S.C.§3161(h)(1)

[ ]    XM    _____    Absence or unavailability of defendant or essential Government witness in accord with 18 U.S.C.§3161(h)(3)

[ ]    XN    _____    Period of mental or physical incompetency or physical inability to stand trial in accord with 18 U.S.C.§3161(h)(4)

[X]    XT    11/04-05-12/05/05    Continuance granted in the interest of justice in accord with 18 U.S.C.§3161(h)(8)