UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| vs. | ) | NO. 05-300032-MAP |
| | ) | |
| LUIS RIVERA | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

    Now comes the defendant and respectfully requests this Honorable Court modify his conditions of release by allowing him to be released from his inpatient drug program at Spectrum Health Systems on a Christmas Day pass.

    Spectrum Health Systems has indicated to counsel the defendant is in Phase Three of his treatment and that upon court authorization they may approve releasing an individual for Christmas day to visit with family.

    The defendant is specifically requesting to have his conditions of release modified by allowing him to leave his in-patient drug program on 12/25/05 between the hours of 9:00 am to 8:00 pm.

Respectfully submitted,

DEFENDANT

BY: /s/ Mark G. Mastroianni
Mark G. Mastroianni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

     I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to United States Attorney, Paul Smyth, 1550 Main Street, Room 310, Springfield, MA 01103, and VIA FACSIMILE to Toland K. Gladden, Federal Pre-Trial Services, 1550 Main Street, Room 534, Springfield, MA 01103 and Judith Oxford, U.S. Pre-Trial Services, U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, this 19th day of December 2005.

                                                   /s/ Mark G. Mastroianni