UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| vs. | ) | NO. 05-300032-MAP |
| | ) | |
| LUIS RIVERA | ) | |

**MOTION TO CONTINUE**

    Now comes the defendant in the above entitled matter and moves this Honorable Court to continue the Status Conference scheduled for January 5, 2006 at 2:00 pm to another date convenient to all parties: and asserts his basis, therefore, I have been called to start trial/disposition in Hampden County Superior Court today at 2:00 pm.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Mark G. Mastroianni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO# 556084

CERTIFICATE OF SERVICE

    I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to AUSA Paul Smyth, US Attorney's Office, 1550 Main Street, Springfield, MA 01103 this 5th day of January 2006.

/s/ Mark G. Mastroianni