UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO.05-30032-MAP |
| | ) |
| LUZ TORRES, ET AL | ) |

<u>ORDER OF RECUSAL</u>

January 6, 2006

PONSOR, D.J.

    Due to an unusually heavy criminal docket at this time, a significant risk exists that the court will be unable to dispose of this case within the timelines established by the Speedy Trial Act, 18 U.S.C. §§ 3161, <u>et seq</u>. For this reason, the court hereby recuses itself from consideration of this case and orders that it be returned to the Clerk in Boston to be randomly re-drawn.

    For the information of the judge who eventually draws the case, all preliminary proceedings before the Magistrate Judge have been completed pursuant to Local Rule 116.5, and a full seventy days remain on the Speedy Trial clock. Two motions to continue (one erroneously entitled "Motion to Move Sentencing Date") are pending. <u>See</u> Dkt. Nos. 43 and 44. The case is ready for a pretrial conference pursuant to Local Rule 117.1

as soon as a new District Court Judge is assigned.

It is So Ordered.

*/s/ Michael A. Ponsor*
MICHAEL A. PONSOR
United States District Judge