UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO.05-30032-MAP |
| | ) |
| LUZ TORRES, ET AL | ) |

<u>ORDER OF EXCLUDABLE DELAY</u>

January 6, 2006

PONSOR, D.J.

    The Final Status Report of Magistrate Judge Kenneth P. Neiman confirms that no time had run on the Speedy Trial Clock in this case as of December 5, 2005. Following issuance of this report, the matter was set for a pretrial conference for all three defendants to take place on January 5, 2006. Two of the defendants filed motions to continue the conference due to trial conflicts, and only counsel for Defendant Luz Torres appeared at the pretrial conference. At that time, the court indicated to counsel for Torres and for the government that an Order of Recusal would issue.

    The court hereby orders that the period from December 5, 2005 to January 5, 2006 be excluded from the Speedy Trial calculations, on the ground that the time was necessary to schedule a date for the pretrial conference and in order to

insure continuity of counsel. Scheduling was further complicated by the end-of-the-year holidays and counsel's trial schedules.

With the exclusion of the period from December 5, 2005 to January 5, 2006 from the Speedy Trial clock, no days have been expended from the Speedy Trial Clock. The two pending motions to continue (Dkt. Nos. 43 and 44) will stay the clock pending a ruling by the newly-assigned District Court Judge.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge