# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:    Civil / Criminal  No.    CR 05-30032

   Title:    United States v. Luz Torres et al

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge   Michael A. Ponsor   has been reassigned to Judge Reginald C. Lindsay   for all further proceedings following entry of Judge Ponsor's Order of Recusal on January 6, 2006.  From this date forward the case number on all pleadings should be followed by the initials  RCL  .

You may contact Judge Lindsay's Courtroom Deputy Clerk, Lisa Hourihan at 617-748-9177 or Docket Clerk, Steve York at 617-748-9041 for information regarding scheduling.

Thank you for your cooperation in this matter.

>            SARAH A. THORNTON
>            CLERK OF COURT
>
>    By:    /s/ *Virginia A. Hurley*
>            Deputy Clerk

Date:    1/10/06

Note:   Attached to this Notice of Reassignment is a recent Notice from the Clerk of
          Court regarding amendments to the Local Rules mandating the use of the
          Court's Electronic Filing System.

Copies to:    Counsel

(MAP Notice.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NOTICE REGARDING
NEW LOCAL RULE 5.4 and MANDATORY ELECTRONIC FILING
EFFECTIVE JANUARY 1, 2006

<u>Local Rule 5.4</u> - This new Local Rule was adopted on October 3, 2005 to reflect the Court's determination that unless exempt or otherwise ordered by the Court, all pleadings or other papers submitted to the Court must be filed, signed, verified and served by electronic means.  New Local rule 5.4 is effective on **January 1, 2006.**

Unless otherwise ordered by the Court, all attorneys must now file documents electronically.  The only exceptions at this time are case opening documents and those listed below:

(a)  sealed documents;
(b)  ex parte motions;
(c)  documents generated as part of an alternative dispute resolution (ADR) process;
(d)  the administrative record in social security and other administrative proceedings;
(e)  the state court record in proceedings under 28 U.S.C. § 2254; and
(f)  such other types of documents as the clerk may direct in the ECF Administrative Procedures.

Prior Standing Orders are moot and courtesy copies should not be submitted unless specifically requested by a judicial officer.

The Court will make a public scanner and computer available for use in the Clerk's Offices in Boston and Worcester for those who do not have the necessary equipment or access to the Internet to file documents from their offices.  Each attorney must obtain an ECF log-in and password by registering for electronic filing through the Court's web site.  This notice will be sent to those attorneys still receiving notice in paper form and will be noted on the docket.  Failure to register for ECF after receipt of this notice may result in sanctions.

      /s/    Sarah A. Thornton
      Sarah A. Thornton
      Clerk of Court

Date:  December 23, 2005