AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

LUIS RIVERA

**WARRANT FOR ARREST**

Case Number: 05-30032-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LUIS RIVERA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation  ☐ Probation Violation Petition

charging him or her   (brief description of offense)

violation of conditions of release

in violation of _____ United States Code, Section(s) _____

Kenneth P. Neiman
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

in Springfield, Massachusetts, April 13, 2006
Date and Location

Bail fixed at $ _____

I hereby certify on 4-14-06 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case by _____
☐ electronically filed original filed on _____
☐ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _[signature]_

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant US District Court
1550 Main Street, Springfield, MA 01103

| DATE RECEIVED 4/14/06 | NAME AND TITLE OF ARRESTING OFFICER Daniel W. Spellacy | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
| DATE OF ARREST 4/14/06 | Supervisory Deputy U.S. Marshal | |