AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>LUIS RIVERA | **WARRANT FOR ARREST**<br><br>Case Number: 05-30032-MAP |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LUIS RIVERA _____
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☒ Violation   ☐ Probation Violation Petition

charging him or her    (brief description of offense)

violation of conditions of release

in violation of _____ United States Code, Section(s) _____

| | |
|---|---|
| Kenneth P. Neiman<br>Name of Issuing Officer<br><br>*[signature]*<br>Signature of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer<br><br>in Springfield, Massachusetts, April 13, 2006<br>Date and Location |

Bail fixed at $ _____ by _____
                                                                                   Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED<br>4/14/06<br>DATE OF ARREST<br>4/14/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Daniel W. Spellacy<br>Supervisory Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |
|---|---|---|