UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

NO. 05-30032-RCL

_____

UNITED STATES

v.

LUIS RIVERA

_____

**APPEARANCE OF COUNSEL**

Please enter my appearance as counsel of record for the defendant Luis Rivera.

        Respectfully submitted

        /s/ Charles W. Rankin

        _____
        Charles W. Rankin
        BBO No. 411780
        Rankin & Sultan
        151 Merrimac St.
        Boston, MA 02114
        (617) 720-0011

March 11, 2008        CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on March 11, 2008.

        /s/ Charles W. Rankin
        _____
        Charles W. Rankin