✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| LUIS RIVERA | ) Case No: 05-30032-RCL |
|  | ) USM No: 90872-038 |
| Date of Previous Judgment: 10/31/2006 | ) Charles W. Rankin, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __37__ months is reduced to __30 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 19 | Amended Offense Level: | 17 |
|---|---|---|---|
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 30 to 37 months | Amended Guideline Range: | 24 to 30 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

*This order is entered without prejudice to its renewal before Judge Lindsay when he returns to the bench. WYY*

Except as provided above, all provisions of the judgment dated __10/31/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __April 2, 2008__        *William G. Young*
                                                    Judge's signature

Effective Date: _____         William G. Young, U.S. District Judge
(if different from order date)                Printed name and title